UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID R GELINAS, *et al.*, | CASE NO. C17-0300-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Aside from filing their complaint, Plaintiffs have taken no action to pursue this action. Plaintiffs are therefore ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. Plaintiff shall make such showing within 14 days of this order's issuance. The status conference set for Tuesday, May 23, 2017 is hereby VACATED.

DATED this 18th day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
