THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

DAVID R GELINAS, *et al.*,

    Plaintiffs,

  v.

WILMINGTON SAVINGS FUND SOCIETY, FSB, *et al.*,

    Defendants.

CASE NO. C17-0300-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiffs have responded satisfactorily to the order to show cause. (*See* Dkt. No. 9 at 1-2.) Currently pending before the Court is Defendants' motion to dismiss (Dkt. No. 8). This motion notes on Friday, June 16, 2017, which means that Plaintiffs' response is due on Monday, June 12, 2017 and shall not exceed 24 pages. *See* W.D. Wash. Local Civ. R. 7(d)(3), (e)(3).

DATED this 5th day of June 2017.

                                     William M. McCool
                                   Clerk of Court

                                   s/Paula McNabb
                                   Deputy Clerk